**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Cory Malnarick, et al.

                                              Plaintiff,

v.                                                             Case No.: 1:14−cv−07350
                                                                        Honorable Sara L. Ellis

U.S. Messenger & Logistics, Inc., et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 23, 2016:

       MINUTE entry before the Honorable Sara L. Ellis: Final approval hearing held on 3/23/2016. Plaintiffs' motion for final approval of class action settlement, authorization to distribute settlement funds, and award of attorneys' fees [62] is granted. Enter Order granting final approval of class action settlement, dismissing action and judgment. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.