**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CORY MALNARICK, JEFFREY SZALACHA, NELSON HERRERA, AGUSTIN ALPIZAR, and GLENN BROPHY,** | ) ) ) ) ) | |
| Plaintiffs | ) ) | **Civil Action No. 14-CV-7350** |
| v. | ) ) ) | **Judge Sara L. Ellis** |
| **U.S. MESSENGER & LOGISTICS, INC., BRIGHT STAR LOGISTICS, INC., RELIABLE BIKE, INC. and TRIDENT DELIVERY SERVICE, INC.** | ) ) ) ) ) ) | |
| Defendants | ) ) ) | |
| **U.S. MESSENGER & LOGISTICS, INC.,** | ) ) | **Magistrate Judge Jeffrey T. Gilbert** |
| Counter-Plaintiff | ) ) ) | |
| v. | ) ) | |
| **JEFFREY SZALACHA,** | ) ) | |
| Counter-Defendant. | ) | |

**CORRECTED ORDER GRANTING FINAL APPROVAL
OF CLASS ACTION SETTLEMENT, DISMISSING ACTION AND JUDGMENT**

On March 17, 2016, Plaintiffs Cory Malnarick, Nelson Herrera, Glenn Brophy, Agustin Alpizar, and Jeffrey Szalacha filed a Motion for Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees as Plaintiffs and Defendants U.S. Messenger & Logistics, Inc., Bright Star Logistics, Inc., Reliable Bike, Inc., and Trident Delivery Service, Inc. have reached a proposed Settlement Agreement resolving all claims in this lawsuit. Plaintiffs seek final approval of the Parties' proposed Settlement

Agreement and Release of Claims ("Settlement Agreement"), pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. Having reviewed Plaintiffs' motion and having held a public hearing on the fairness of the Settlement Agreement, with counsel for all parties present, the Court orders as follows:

1. The capitalized terms used in this Order shall have the same meaning as set forth in the Settlement Agreement.

2. This Court has jurisdiction over the subject matter of this litigation and over all Parties and the Settlement Class Members.

3. The Settlement Class preliminarily certified on December 2, 2015 is hereby unconditionally certified solely for the purpose of the Settlement and defined as follows:

> all individuals who worked as a courier for U.S. Messenger & Logistics, Inc., Bright Star Logistics, Inc., Reliable Bike, Inc., or Trident Delivery Service, Inc. between September 22, 2004 and December 3, 2015 and who, during that time, delivered packages using a bicycle or a vehicle.

4. The Settlement Administrator has met all requirements that the Court set forth in its Order Preliminarily Approving Class Action Settlement, Dkt. No. 61, including dissemination of the Class Notice and verifying addresses of Settlement Class Members whose notices were returned as undeliverable. The Court finds that the direct-mail notice program used in this case satisfies Rule 23(e) of the Federal Rules of Civil Procedure and the Due Process Clause of the United States Constitution.

5. The Defendants have met all the requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

6. The Court has determined the terms of the Settlement to be a fair, reasonable, and adequate resolution of this matter and hereby approves the Settlement as set forth in the Settlement Agreement.

7. The Court directs Simpluris to issue settlement checks to all Settlement Class Members who submitted valid Claim Forms according to the terms of the Settlement Agreement. These payments shall occur no later than fourteen days after the Settlement Effective Date.

8. Class Counsel is experienced in class litigation, including litigation of claims similar to those raised herein, and has fairly and adequately represented the interests of the Settlement Class. The preliminary appointment of Matthew J. Piers and Christopher J. Wilmes as Class Counsel is hereby confirmed.

9. The Court directs payment to Class Counsel in the total sum of $80,000.00, which amounts to 20.4% of the common fund created by the Settlement. The Court finds that this award of Class Counsel Fees and Expenses is less than or equal to the market rate of Plaintiffs' attorneys' services had their fee been negotiated with the purported Settlement Class at the outset of the litigation. This payment shall occur no later than fourteen days after the Settlement Effective Date.

10. The Court directs payment to Simpluris in an amount of $13,456 for the work that it has performed and will perform as Settlement Administrator. This payment shall be made no later than fourteen days after the Settlement Effective Date.

11. The preliminary appointment of Plaintiffs Cory Malnarick, Nelson Herrera, Glenn Brophy, Agustin Alpizar, and Jeffrey Szalacha as Class Representatives is hereby confirmed.

12. The Court directs payments to Plaintiffs Malnarick, Szalacha, and Herrera in an amount of $1,000.00 per person and payments to Plaintiffs Alpizar and Brophy in an amount of $500.00 per person. These payments shall occur no later than fourteen days after the Settlement Effective Date and shall be over and above the amounts that Plaintiffs are entitled to recover by virtue of their status as Settlement Class Members.

13. The Court hereby dismisses this case with prejudice against all Defendants. All Settlement Class Members, except for Peter Paisley who timely submitted a request for exclusion, herein release and forever discharge Defendants and the Defendants' Releasees from claims outlined and described in Section III. 3. of the Settlement Agreement. Peter Paisley's claims are hereby dismissed without prejudice.

14. The Court hereby dismisses with prejudice U.S. Messenger's counterclaims against Plaintiff Szalacha.

ENTERED:

_____
U.S. District Court Judge Sara L. Ellis

Dated: March 30, 2016